UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

JOSEPH SCHNAU, on behalf of himself and all others similarly situated,
Plaintiff,
vs.

SIG SAUER, INC.,
Defendant.

Case No.: 26-cv-00274-SH

ORDER GRANTING JOINT MOTION TO AMEND BRIEFING DEADLINES ON MOTION TO DISMISS

The Court takes up the Parties' Joint Motion to Amend Briefing Deadlines on Motion to Dismiss (Dkt. 25). For good cause shown, the Court adopts the Parties' proposed briefing schedule as follows:

| Event | New Deadline |
|---|---|
| Plaintiff's Opposition Brief | October 5, 2026 |
| Defendant's Reply | November 2, 2026 |

IT IS THEREFORE ORDERED that the Parties shall file their respective briefs by the deadlines shown above.

ORDERED this 11th day of September, 2026

Susan E. Huntsman, Magistrate Judge
United States District Court